FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 2 6 2018 ★

BROOKLYN OFFICE

D/F

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

OLGA MADORSKAYA, on behalf of herself and all others similarly situated,

Plaintiffs,

-against-

ALLIANCEONE RECEIVABLES MANAGEMENT INC.,

Defendant.

Case No. 1:18-cv-04967-ARR-RER

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
November 19, 2018

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel: (929) 575-4175
Dan@cml.legal
*Attorney for Plaintiff*

By: /s/ Aleksander Powietrzynski
Aleksander Powietrzynski, Esq
Winston & Winston P.C.
708 Third Ave, 5th Fl, Ste 142
New York, NY 10017
Tel: (212) 922-9483
alex@winstonandwinston.com
*Attorney for Defendant*

So ordered. /s/(ARR), USDJ